**CARTER DRY GOODS COMPANY, Movant, v. UNION TRANSFER & STORAGE COMPANY, Opposed.**

Court of Appeals of Kentucky

Nov. 24, 1944.

Grover Thompson for movant.

Stoll, Muir, Townsend, Park & Mohney and Wallace Muir opposed.

PER CURIAM.

Consignor's motion for appeal overruled. Judgment affirmed.

**Minnie Hinkle, Movant, v. COMMONWEALTH of Kentucky, Opposed.**

Court of Appeals of Kentucky.

Dec. 15, 1944.

Sylvester V. Little for movant.

Eldon S. Dummit, Attorney General, and H. K. Spear, Assistant Attorney General, for the Commonwealth.

PER CURIAM.

Appeal denied. Judgment affirmed,